BRIAN M. CIGE
Attorney ID: 015671984
LAW OFFICES OF BRIAN M. CIGE
7 East High Street
Somerville, New Jersey  08876
Telephone: (908) 685-3775
Facsimile:  (908) 685-2274
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LATOYA THOMPSON,<br><br>               Plaintiff,<br>vs.<br><br>LIBERTY MUTUAL INSURANCE,<br><br>               Defendant. | Hon. Madeline Cox Arleo, U.S.D.J.<br><br>Civ. Action No. 2:18-cv-06092-MCA-JAD<br><br>**CERTIFICATION OF<br>BRIAN M. CIGE** |

I, BRIAN M. CIGE, of full age, do hereby certify:

1. I am an attorney at law of the State of New Jersey and counsel for Plaintiff, Latoya Thompson, in the above matter.

2. I am fully familiar with the above matter and am responsible for the handling of it.

3. I submit this Certification in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

4. I hereto attach relevant transcript pages of the deposition of Plaintiff, Latoya Thompson, Volume I dated 14 November 2018, Volume II dated 15 November 2018 and Volume III dated 28 November 2018 (Exhibit A).

5. I hereto attach relevant transcript pages of the deposition of Michael Polk dated 11 April 2019 (Exhibit B).

6. I hereto attach relevant transcript pages of the deposition of Mary Ellen DeBellis, dated 27 June 2019, (Exhibit C).

7. I hereto attach a true and correct copy of Plaintiff's Objective Setting and Performance Evaluation for 2013 (Exhibit D) (Also Defendant's Exhibit 3).

8. I hereto attach a true and correct copy of Plaintiff's Final Performance Review for 2014 (Exhibit E). (Also Defendant's Exhibit 18).

9. I hereto attach a true and correct copy of Plaintiff's Rebuttal email to Debra Holt dated 16 September 2014 (Exhibit F). (Also Defendant's Exhibit 9).

10. I hereto attach a true and correct copy of Plaintiff's email to Jenese Karlen dated 16 September 2014 (Exhibit G).

11. I hereto attach a true and correct copy of Plaintiff's Final Performance Review for 2015 (Exhibit H). (Also Defendant's Exhibit 18).

12. I hereto attach a true and correct copy of email from Michael Polk to Plaintiff dated 16 April 2015 (Exhibit I).

13. I hereto attach a true and correct copy of Plaintiff's EEOC Complaint filed on 9 May 2016 (Exhibit J). (Also Defendant's Exhibit 36).

14. I hereto attach a true and correct copy of Plaintiff's email to Michael Polk dated 25 January 2016 with response by Michael Polk dated 26 January 2016 (Exhibit K). (Also Defendant's Exhibit 19).

15. I hereto attach a true and correct copy of email from Michelle Skibinsky to Tressa Schnippel dated 13 July 2016 (Exhibit L).

16. I hereto attach a true and correct copy of Family Medical Leave (FML) Information provided to Plaintiff by Shane Loh dated 18 July 2016 (Exhibit M). (Also Defendant's Exhibit 24).

17. I hereto attach a true and correct copy of email from Tressa Schnippel to Michelle Skibinsky dated 25 July 2016 (Exhibit N)

18. I hereto attach a true and correct copy of Talking Points for Mary Ellen Debellis dated 28 July 2016 (Exhibit O).

19. I hereto attach a true and correct copy of Order dated 11 December 2019 (Exhibit P).

20. I hereto attach a true and correct copy of Plaintiff's Correspondence to Judge Joseph A. Dickson, U.S.M.J. dated 17 January 2020 (Exhibit Q) with referenced transcripts (Exhibit B).

21. I hereto attach a true and correct copy of Text Order by Judge Joseph A. Dickson, U.S.M.J. dated 4 February 2020 (Exhibit R).

I certify that the foregoing statements made by me, and the copies of documents attached, are true. I am aware that if any of the foregoing statements made by me in this Certification are willfully false, I am subject to punishment.

Dated:  4 August 2020                                           *Brian M. Cige, Esq.*
                                                                          BRIAN M. CIGE, ESQ.