# 2013 Objective Setting and Performance Evaluation

CONFIDENTIAL

 Liberty Mutual. INSURANCE

## Section 1 – Employee Information

| | | | |
|---|---|---|---|
| Name: | Latoya Thompson | Period Start Date: | January 1, 2013 |
| Title: | Technical Claim Specialist I | Period End Date: | December 31, 2013 |
| Grade: | 13.1 | Department: | Field Claims Services |
| Manager: | Edie McGinn | Office: | Roseland 0324 |

Complete both the objectives and development plan early in the year. Document results during interim and final reviews. For resources and training on creating good objectives and development plans, go to the Objective Setting and Performance Evaluation website in the Employee Center in myLiberty.

## Section 2 – Performance Evaluation (complete in December 2013)

Performance Rating: Results Rating __7__   Behavior Rating __0__   Overall Rating __7__

**Summary of Behaviors:** strengths/areas for improvement (reference performance rating scale definitions, core values and mutual expectations and applicable capability framework.)

Strengths:
Communicate Well- Latoya communicates all information clearly and concisely. She shares an appropriate level of detail and expresses her viewpoints tactfully without creating unnecessary conflict, which was what she struggled with in the past, so this is an extremely positive change. She promotes ideas with confidence and enthusiasm, and makes a very positive impact on the Specialty Unit.
Promote Teamwork- Latoya involves others in decisions and plans that affect them. She makes constructive contributions at meetings, and welcomes the ideas and input of others.
Latoya accepts responsibility for her own performance and actions. She acts in accordance with stated policies, practices and our Code of Business Ethics and Conduct. She applies logic and common sense in making decisions.

Areas for Improvement:
Latoya should complete work within specified time and quality parameters. She needs to follow through on commitments and put extra effort to accomplish critical or difficult tasks. Latoya should manage her claims with a greater sense of urgency to ensure she meets settlement and quality goals.

**Summary of Results**
Latoya's interpersonal skills improved significantly in 2013, as she became more aware of the big picture and objectives within our organization. Her competitive spirit created a dynamic element within the unit. Her technical performance was inconsistent, although she sometimes struggled with timeliness, which negatively impacted her QA results and overall performance.

**Employee Comments**

December 2012

D-0056



1

# 2013 Objective Setting and Performance Evaluation

CONFIDENTIAL



## Section 3 – Objectives (complete by March 31st)

List the 4-6 most important objectives for the year, including the key deliverables or metrics for which the employee will be held accountable and due dates, if appropriate.

| Objectives, Measures and Dates | Results |
|---|---|
| **Loss Cost Accuracy:** Help to achieve industry best outcomes in loss cost management through quality, accuracy, practices, and claims handling as measured by results and manager observations including:<br>• Quality<br>• Disposal<br>• Penalties<br>• First Pays<br>• Escalation Alert<br>• Pharmacy Management (IFX)<br>• ADC<br>• PPO Penetration<br>• TTD Days<br><br>Internal/External Financial, Regulatory Compliance | • Latoya must commit to improving the QA scores to Liberty Standard and higher. Her scores remained below the Liberty Standard range.<br>• She conducts timely review of her EDM documents and adds appropriate document properties.<br>• Latoya should remain aggressive with disposal, and manage her claims with a sense of urgency. She required reminders to complete some aspects of her work.<br>• She helped coordinate a settlement conference with a Petitioner's Law Firm on 5/17/2013, which resulted in 11 settlements. Latoya earned a Bravo Award for those efforts.<br>• Latoya submits Orders and payments in a timely manner, thus avoiding fines and penalties.<br>• Based on Team Manager Reviews, Latoya recognized co-morbid conditions & psychosocial issues that have the potential to impact her litigation strategies and appropriately develops, then implements strategies to address those issues during negotiations.<br>• Escalation Alerts are properly addressed and action is taken when case facts warrant it. Proper rationale is posted when no action is taken.<br>• Latoya's role in Specialty does not frequently impact Roseland's PPO results. She reviews & addresses network pharmacy issues when posting IFX responses, however all medical treatment is completed before claims are assigned to our unit.<br>• Latoya properly reviews, posts & updates ADC fields in Claim Overview.<br>• Latoya makes every effort to limit TTD exposure when possible by attempting to include any outstanding TTD as part of a section 20 resolution.<br>• Latoya completes her financial notes in a timely manner. She should observe better reserving methods, as she incurred a total of 43 54 notes.<br>• Latoya submits formwork in a timely manner. |
| **Efficiency and Scale:** Effectively leverage scale, processes and LMS to optimize costs as measured by results and manager observations including:<br>• Resource Usage<br>• Time Management<br>• Litigation Avoidance & Management<br>• Licensing and Certification compliance | • Latoya does a good job utilizing resources to assist in the management of her claims. Field investigations are periodically used to obtain remaining investigative items, she utilizes NCM expertise when confronted with a questionable diagnoses. She consults regularly with HO Examining and Defense Counsel.<br>• Latoya sometimes struggles with the volume of work, and should make an effort to structure her day to prioritize her work more effectively.<br>• Her failure to respond to a civil suit and refer the |

December 2012

2

CONFIDENTIAL

# 2013 Objective Setting and Performance Evaluation


Liberty Mutual. INSURANCE

| Objectives, Measures and Dates | Results |
|---|---|
| | document to the appropriate resource resulted in Liberty inevitably being required to pay over $250,000.<br>• Latoya needs to apply a greater sense of urgency in order to avoid lengthy adjournments, she compromises during negotiations and seeks "add-on" cases whenever possible, to avoid additional litigation.<br>• Latoya's position does not require licensing or certification. She attends all mandatory office training courses, which has enhanced her Medicare knowledge, Technical skills and her understanding of Litigation Strategies. |
| **Customer Experience:**<br>Provide top-tier experience to our unique customer segments as demonstrated through results and manager observation including:<br>• Surveys<br>• Makes it easy for the Customer to do business with us.<br>• Builds relationship with internal and external stakeholders<br>• Takes ownership and see the work through<br>• Adherence to Customer-Specific programs (SSI's, PG, any specific customer goals, etc)<br>Models consistent delivery of superior experience to customers, agents and co-workers | • Latoya demonstrates excellent customer service skills. She routinely communicates with customers, business partners and external stakeholders without any issues.<br>• She has completed a total of 32 claim summaires YTD, the highest in her unit, and presented those summaries in a professional manner during formal reviews.<br>• Latoya takes ownership of customer issues and works to see the problem through to conclusion.<br>• Latoya completes her work independently with minimal supervision.<br>• Latoya is very knowledgable about SSIs, and is compliant with customer communication requirements for reserve revisions of $50k or more.<br>• She consistently delivers superior service to customers, agents and co-workers. |
| **Employee Engagement:**<br>Contributes to an environment of mutual commitment as demonstrated through manager observation to include:<br>• Professionalism<br>• Initiative<br>• Innovation<br>• Teamwork | • Latoya is cognizant of her communication style to consider how others might perceive her. She has become more tactful, professional and positive when expressing her thoughts.<br>• She treats all members of the organization with dignity and respect.<br>• She coordinated a Lunch & Learn meeting on the topic of Coverage on 1/10/2013 for which she received a Bravo Award.<br>• She has shared success stories and developmental information to her peers during our monthly meetings. |
| **Safety**<br>Take responsibility for the prevention and mitigation of loss or injury to yourself and others by participating in safety and crisis management programming.<br>• Employee actively participates in quarterly safety discussions, safety week activities, and other office and department safety events.<br>• Employee reviews Office Emergency Action Plan, emergency evacuation routes, and participates in fire and other emergency drills scheduled for the office.<br>• Employee reports all work-related injuries and accidents to their manager immediately. Employee advises manager of any discomfort they experience while working so that ergonomic solutions can be identified. | • Latoya consistently makes use of ergonomic equipment available (e.g. headset).<br>• She participates in quarterly safety hat discussions and communicates observation of any safety hazards to the appropriate parties.<br>• Latoya follows the Office Emergency Action Plan during office drills.<br>• Latoya has not experienced any discomfort, injury or accidents, but fully understands the proper reporting methods should the need arise. |

December 2012

# 2013 Objective Setting and Performance Evaluation

CONFIDENTIAL


Liberty Mutual. INSURANCE

## Section 4 – Development Plan (complete by March 31st)

List the development objectives that present the greatest opportunities to impact the individual's success in current role and development objectives that would best prepare the individual for success in future roles.

| Development Objectives | Development Activities | Results |
|---|---|---|
| ☒Current Role or ☐Future Role<br><br>Participate Vigorously | • Identify opportunities for operational improvements and suggest solutions. Own the plan of action.<br>• Volunteer for office-wide projects.<br>• Contribute to Roseland's success, beyond the scope of daily case management tasks.<br>• Discuss preparation, attendance and general feedback regarding your experience with your TM. | • Latoya identified an area of improvement involving Coverage Investigations. She owned the plan of action by conducting the January Lunch n Learn.<br>• Latoya did not pariticpate in office-wide initiatives in 2013.<br>• Latoya contributed to Roseland's success.<br>• Latoya communicated openly with her TM about all aspects of her role. |
| ☒Current Role or ☐Future Role<br><br>Teamwork | • Create a positive team environment by working cooperatively with peers.<br>• Have open and honest communication (both giving and receiving) with one another.<br>• Identify your strengths to Mentor to individuals in the office.<br>• Take ownership of your team's results and don't hesitate to assist other units.<br>• Act as a mentor to CST/CSU members by conducting a peresentation/meeting regarding a Specialty/NJ Litigation Mgmt topic.<br>• Contribute ideas, suggestions, and efforts during weekly meetings with the team and/or individually.<br>• Review results, challenges & successes with TM each month. | • Latoya has always worked cooperatively within the Specialty Unit. She is becoming more open-minded regarding members of other departments.<br>• She openly discussed claim issues amongst the unit and readily available to assist teammates whenever necessary.<br>• Latoya did not participate in the mentoring program in 2013.<br>• Latoya introduced ideas, suggestions, and topics.<br>• She shared all results, challenges and successes with her TM. |
| ☒Current Role or ☐Future Role | • Meet total settlement goal of 10 | • Latoya has not met the monthly |

December 2012

4

# 2013 Objective Setting and Performance Evaluation

CONFIDENTIAL

 Liberty Mutual. INSURANCE

| | | |
|---|---|---|
| Litigation Management- Improve Disposition Results, Litigation Costs and overall outcomes. | claims per month and 20 claim closures per month.<br><br>• Coordinate at least one "Batch" settlement conference & serve as liaison between Claims, Defense Counsel, Hearing Representatives and Claimant Attorneys.<br><br>• Attend at least four in-person Share-a-Day court appearances, this includes settlement conferences.<br><br>• Identify prospective settlements at the earliest possible opportunity.<br><br>• Secure all relevant discovery and records.<br><br>• Schedule permanency evaluations in a timely manner.<br><br>• Review all file material and prepare a sound litigation strategy based upon all applicable case law and Workers' Compensation laws for the jurisdiction.<br><br>• Take ownership of litigated claims by formulating values, posting case evaluations and creating a sustainable negotiation plan.<br><br>• Make aggressive efforts to follow up with the claimant and/or attorney for demands/negotiations to avoid prolonged adjournments and litigation costs.<br><br>• Discuss any perceived obstacles with TM and Defense Counsel.<br><br>• Update TM with the status and results of each settlement conference.<br><br>• Progress will be assessed through file reviews, and overall impact on reduced litigation costs.<br><br>• Gauge the project's success in terms of cost savings, disposition. | settlement goal, with an average of 8.5 settlements per month. She is also short on her closure goal, with an average of 15.5 closures per month.<br><br>• She has attended two Share-a-Day's to date. The first on 5/17/2013, the second on 6/27/2013.<br><br>• Latoya must exhibit a greater sense of urgency when managing her ready cases.<br>• Latoya ensured that her files contain the proper discovery and documentation necessary to move her claims.<br><br>• Permanency evaluations are scheduled in a timely manner.<br><br>• She reviewed relevant case facts to arrive at a reasonable conclusion and posts her litigation strategy.<br><br>• She posts appropriate case evaluations.<br><br>• She should become more aggressive in her follow up efforts to avoid lengthy adjournments.<br><br>• She clarified issues and eliminated perceived obstacles to reach disposition.<br><br>• Latoya kept her TM in the loop regarding the status of settlement conferences and the outcomes. |



December 2012

5

# 2013 Objective Setting and Performance Evaluation

CONFIDENTIAL


Liberty Mutual. INSURANCE

| | | |
|---|---|---|
| ☐ Current Role *or* ☒ Future Role<br><br>Leadership Development- Acquire leadership skills that will influence others to drive positive results as well as promote collaboration between all units and team members. | • Identify a specific leadership skill which would best suit your personal needs and leadership goals.<br><br>• Enroll in one IMS Leadership course by end of Q2.<br><br>• Successfully complete the course & discuss your feedback with your TM.<br><br>• Take opportunities to strengthen Commercial Insurance Claims Vision and Priorties.<br><br>• Attend morning management meetings on an as-needed basis in your TM's absence.<br><br>• Successful completion will be evaluated by exhibiting overall Commercial Insurance Values & demonstration of leadership capabilities. | • Latoya did identify a specific leadership goal, indicating her interest in becoming a Team Manager.<br><br>• She was unable to attend an IMS course in November.<br><br>• Latoya attended all required management meetings and is aware of her role as a key player in the under 100/CI 2014 initiative.<br><br>• Latoya attended morning meetings in TM's absence.<br><br>• Latoya is still developing her leadership qualities.<br><br>• Latoya should continuously strive for knowledge, exposure, improvement and overall excellence to help prepare for a future role. |
| ☒ Current Role *or* ☐ Future Role<br><br>Technical Skills- Increase production and organization through appropriate use of Microsoft Excel . | • Identify opportunities to improve upon basic Microsoft Excel skills & discuss with TM.<br><br>• Refer to Employee Center. Coordinate enrollment & complete the course with passing grade.<br><br>• Discuss feedback and your progress with your TM.<br><br>• Successful completion will be assessed through improved report management, improved use of technical resources, and demonstration of overall improvement of Technical abilities. | • Latoya attended an Excel course in July.<br><br>• Latoya should apply the course to her daily work by organizing ready claims and settlement conference information more effectively. |



December 2012

6