CONFIDENTIAL

| | |
|---|---|
| Message | |
| From: | Thompson, Latoya [/O=LIBERTYMUTUAL/OU=HOMEOFFICE/CN=RECIPIENTS/CN=N0170469] |
| Sent: | 9/16/2014 5:33:28 PM |
| To: | Karlen, Jenese 0354HR [/O=LIBERTYMUTUAL/OU=HomeOffice/cn=Recipients/cn=N0080748] |
| CC: | Polk, Michael [/O=LIBERTYMUTUAL/OU=HomeOffice/cn=Recipients/cn=N0198293] |
| Subject: | Complaint |

Hi,

I am writing to file a complaint. I am being singled out by my manager Debra Holt. I believe I am being targeted due to my race as an African American and additionally coupled with my limitations on disability. As of 9/11/14, I have notice a trend of my communication being deemed unprofessional (9/11) and inappropriate (9/12 and 9/13). My style of communication has not changed but since 9/11 the interpretation of it has and I am unsure why. When I ask for clarification, it simply boils down to my word choice or the individual interpretation. I thank you in advance for your time.

Thanks,

Latoya Thompson, MBA | Technical Claims Specialist I - WC

Liberty Mutual Insurance| Commercial Insurance Claims | Field Operations
Tel. 800.900.4875 x21183 | Fax. 603.334.8397 | SDN. 8.448.21183 or 7321183

Please let my manager know how I am doing! Email Debra.Holt@Libertymutual.com