CONFIDENTIAL

I would like to set up some time to speak to you if this option is still open. I thank you in advance for your time.

**From:** Polk, Michael
**Sent:** Thursday, April 16, 2015 9:54 PM
**To:** Thompson, Latoya
**Subject:** Your Concerns

Hi Latoya,

I am the HR Manager for WC Claims.   Jenese Karlen is one of my direct reports.

This week Jenese mentioned that you were still having concerns.   She also mentioned that you were seeking guidance on what alternative options were available to you if you wanted to speak to someone other than her.   I wanted to let you know that I am available as an option if you wanted to schedule some time with me.

If you would like to meet, please let me know and we can set up a mutually convenient time.

Thanks

**MICHAEL POLK | HUMAN RESOURCES MANAGER, SPHR**
Liberty Mutual Insurance
Commercial Insurance Human Resources
(O) 972.470.8774 (M) 469.525.9326
Michael.polk@libertymutual.com
Mailing address: 2400 Lakeside Blvd, Suite 400 Richardson, TX 75082

If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.   If you have received this e-mail in error, please notify me via return e-mail or via telephone [972-470-8774] and please permanently delete the original and any copy of any e-mail and any printout thereof.   Thank you.

LIB_ESI_0515