Case 2:18-cv-06092-MCA-JAD Document 54-12 Filed 09/04/20 Page 1 of 2 PageID: 1052
Case 2:18-cv-06092-MCA-JAD Document 23-1 Filed 04/01/19 Page 5 of 37 PageID: 291
EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 524-2016-00817 |
| New Jersey Division On Civil Rights | | and EEOC |
| State or local Agency, if any | | |

Name (indicate Mr., Ms., Mrs.) **Ms. Latoya Thompson**  Home Phone (Incl. Area Code)  Date of Birth **01-03-1982**

Street Address **51 Willow Ave., #102, Roselle, NJ 07203**  City, State and ZIP Code

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

Name **LIBERTY MUTUAL**  No. Employees, Members **Unknown**  Phone No. (Include Area Code)

Street Address **7 Becker Farm Road, Roseland, NJ 07068**  City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)
[X] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [X] DISABILITY  [ ] GENETIC INFORMATION
[X] OTHER (Specify) **Equal Pay**

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **02-15-2015**  Latest **05-09-2016**
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by the above named employer, Respondent, on April 7, 2008 at the position of Associate Case Manager. I am an African-American female.

Having worked for the Respondent for 8 years, I worked my way up to Technical Care Specialist 1. I have not received a raise since 2014. In February 2015 I received my first poor performance review. In response to this, in March 2015, I filed a formal complaint with Human Resources, detailing the harassment and hostility I was experiencing at the hands of my manager Debra Holt. There was no mutually agreeable resolution to my complaint. In June I received a verbal warning and I was told I was being placed on a "coaching plan" without explanation and received a "first and final internet usage violation." My manager at this time is now Michelle Skibinsky. I am the only team member that received this report and yet everyone in my team uses the internet freely throughout the work day. On July 10, 2015, the stress of my treatment forced me to leave work on short-term disability. I returned to work on January 4, 2016 and the same harassment and hostility I had experienced prior

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

May 09, 2016  *Latoya Thompson*
Date  Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)  5/9/16

P00612

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>524-2016-00817 |
|---|---|---|

New Jersey Division On Civil Rights
*State or local Agency, if any* and EEOC

to leaving, had only gotten worse. I am clearly being setup for failure at work and Human Resources, despite my inquiries as to why this is happening, has done nothing.

Based on the above information I believe I am being discriminated, on the basis of race, sex, disability, and retaliation, in violation of the Equal Pay Act, the Americans with Disabilities Act, and Title VII of the Civil Rights Act, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>May 09, 2016     *LaToya Thompson*<br>Date     Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)<br>5/9/16 |

P00613