**CONFIDENTIAL**

Message

| | |
|---|---|
| From: | Skibinsky, Michelle [/O=LIBERTYMUTUAL/OU=HOMEOFFICE/CN=RECIPIENTS/CN=N0146546] |
| Sent: | 7/13/2016 9:40:37 PM |
| To: | Schnippel, Tressa [/O=LIBERTYMUTUAL/OU=HomeOffice/cn=Recipients/cn=N0180332]; Polk, Michael [/O=LIBERTYMUTUAL/OU=HomeOffice/cn=Recipients/cn=N0198293] |
| Subject: | Probation |
| Attachments: | AI02504F.PDF |

Hi Tressa,

Latoya signed & returned the probation document, enclosed.
I also have a question. Her probation runs out on 7/26 which is a Tuesday. Karen Harvey and I were discussing her case & it does not make sense to terminate someone on a Tuesday. We usually do it on Fridays. Unless her performance significantly improves, which is unlikely given her lack of responsiveness to coaching/feedback, would it be possible to move forward with the termination on Friday, 7/22 at the end of the day?

Also when I meet with her next week, do you have any recommendations? I suppose business as usual? (It is a bit weird to provide coaching just to terminate someone a few days later).

Thank you.

Michelle Skibinsky, ARM | Claims Team Manager
Liberty Mutual Insurance
Commercial Insurance Claims
Workers' Compensation – MidAtlantic Region
7 Becker Farm Rd., Roseland, NJ 07068
Direct Dial: 973.548.6917
Tel: 800.900.4875 x 6321117   SDN: 8-632-1117
Fax: 603.334.8391

Please let my manager know how I am doing: Kerryanne.Holliss@LibertyMutual.com

-----Original Message-----
From: RightFax E-mail Gateway [mailto:RightFaxE-mailGate@LibertyMutual.com]
Sent: Wednesday, July 13, 2016 5:31 PM
To: Skibinsky, Michelle <MICHELLE.SKIBINSKY@LibertyMutual.com>
Subject: A fax has arrived from remote ID ''.

A fax has arrived from remote ID ''.
------------------------------------------------------
7/13/2016 5:30:08 PM Transmission Record
    Received from remote ID:
    Inbound user ID N0146546, routing code 0
    Result: (0/352;0/0) Successful Send
    Page record: 1 - 3
    Elapsed time: 00:58 on channel 21