CONFIDENTIAL

Message

| | |
|---|---|
| **From:** | Schnippel, Tressa [/O=LIBERTYMUTUAL/OU=HOMEOFFICE/CN=RECIPIENTS/CN=N0180332] |
| **Sent:** | 7/25/2016 6:01:16 PM |
| **To:** | Skibinsky, Michelle [/O=LIBERTYMUTUAL/OU=HomeOffice/cn=Recipients/cn=N0146546] |
| **CC:** | Polk, Michael [/O=LIBERTYMUTUAL/OU=HomeOffice/cn=Recipients/cn=N0198293] |
| **Subject:** | Status Update on L. Thompson |

Hi Michelle,

I am sending you this email to request a status update on Latoya Thompson's performance as I show her probation is up tomorrow July 26, 2016.   At this point, can you verify whether she has:
- Successfully completed probation
- Improved but not to the level needed so therefore we need to extend probation
- Has not successfully completed the expectations of the probation and therefore recommending termination

If she has not successfully completed the expectations of the probation please provide information which supports moving to termination below.

Thanks,
Tressa

LIB_ESI_2433