CONFIDENTIAL

## Talking points for Mary Ellen Debellis

Termination Discussion– Latoya Thompson

July 28, 2016

- Latoya, I wanted to be here in the absence of Kerryanne Holliss as I think it is important that you know I have reviewed your performance over the last few months. You were placed on written warning on 5/26/2016 and then Probation on 6/27/2016.
- As we shared with you during the probation discussion, we needed to see immediate & sustained improvement in your performance. To date, your performance has not improved consistently to an acceptable level, therefore, we are ending your employment with Liberty Mutual effective today.
- I am going to turn this over to Tressa Schnippel our HR Business Partner to go over the severance package and important things to know.

I would not allow a bunch of questions it is not a time to debate or rebut the decision to terminate her employment. If she communicates to us that she disagrees with the term we can provide her with the following:

- I understand that you disagree with the decision to terminate your employment, you may have the circumstances of your termination reviewed by the Chief Talent and Enterprise Services Officer. To do that you can send it in writing to:

*Chief Talent & Enterprise Services Officer*
*Liberty Mutual Insurance Company*
*175 Berkeley Street*
*Boston, MA 02116*

## Phone Conversation with Latoya

- Hi Latoya, Maryellen Debellis, VP, Commercial INS, WC Field Operations and I have Tressa Schnippel, HR Business Partner on the phone with us.
- We wanted to talk with you today but you left pretty abruptly stating you were cramping and that you were going to the doctor. We hope your doctor appointment went well and you are feeling better.
- Do you plan to be in the office tomorrow?
- If she states yes-
    - Ok, then we will plan to speak to you then.
- If she states no –
    - Do you know when you are coming back?
    - If no, ok can you help us understand what you need from us?

D-0216

CONFIDENTIAL

- - If no or states she has applied for STD then we thank her for her time and end call.
- If she doesn't mention STD then we can proceed with termination
- I was in the Roseland office today in Kerryanne Holliss's absence as I think it is important that you know I have reviewed your performance over the last few months. You were placed on written warning on 5/26/2016 and then Probation on 6/27/2016.
- As we shared with you during the probation discussion, we needed to see immediate & sustained improvement in your performance. To date, your performance has not improved consistently to an acceptable level, therefore, we are ending your employment with Liberty Mutual effective today.
- I am going to turn this over to Tressa Schnippel our HR Business Partner to go over the severance package and important things to know.

I would not allow a bunch of questions it is not a time to debate or rebut the decision to terminate her employment. If she communicates to us that she disagrees with the term we can provide her with the following:

- I understand that you disagree with the decision to terminate your employment, you may have the circumstances of your termination reviewed by the Chief Talent and Enterprise Services Officer. To do that you can send it in writing to:

**Chief Talent & Enterprise Services Officer**
**Liberty Mutual Insurance Company**
**175 Berkeley Street**
**Boston, MA 02116**