| | | |
|---|---|---|
| 02/04/2020 | 45 | TEXT ORDER: The Court has reviewed the parties' recent correspondence, (ECF Nos. 43, 44), concerning Plaintiff's request for further discovery, which is also related to Plaintiff's informal application, (ECF No. 39), for this Court to "clarify" or reconsider its 12/11/19 Letter Order denying Plaintiff's motion to compel Defendant to produce certain discovery, (ECF No. 38). Based on the record before it, and the 1/10/20 Telephone Conference with the parties, the Court finds no basis to disrupt its 12/11/19 ruling. Accordingly, and for the reasons stated in the 12/11/19 Letter Order, (ECF No. 38), Plaintiff's request for additional discovery, (ECF No. 43), is denied. The 2/18/20 Settlement Conference, (see ECF No. 42), will proceed as scheduled. So Ordered by Magistrate Judge Joseph A. Dickson on 2/4/20. (jbb) (Entered: 02/04/2020) |